**Register of Copyrights**

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, DC 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s);

| ☑ ACTION     ☐ APPEAL | COURT NAME AND LOCATION<br>**US District Court Eastern California** |
|---|---|
| DOCKET NO.<br>**2:09–CV–02763–MCE–DAD** | DATE FILED<br>**10/9/09** |

Court location: **Sacramento**

| PLAINTIFF | DEFENDANT |
|---|---|
| **DIGITAL SOFTWARE SERVICES, INC.** | **ENTERTAINMENT PROGRAMS, INC., ET AL.** |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1  PA 567 938 | The Custiss P–40 Warhawk, Roaring Glory Volume 1 | Teleteam Incorporated |
| 2  PA 567 940 | Flying the B–25 Mitchell, Roaring Glory Volume 2 | Teleteam Incorporated |
| 3  PA 567 941 | The B–17 Flying Fortress, Roaring Glory Volume 3 | Teleteam Incorporated |
| 4  PA 581 521 | P–51 Mustang Fighter, Roaring Glory volume 4 | Teleteam, Incorporated |
| 5  PA 1–606–082 | Roaring Glory Warbirds A6M5 Zero | Digital Software Services, Inc. |

In the above–entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleadings |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above–entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ ORDER   ☐ JUDGMENT | ☐ YES   ☐ NO | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |