ANDREW W. STROUD (State Bar No. 126475)
SARAH J. FISCHER (State Bar No. 260807)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, Suite 1700
Sacramento, California 95814
Telephone: 916-553-4000
Facsimile: 916-553-4011
stroud@mgslaw.com

Attorneys for Defendant and Cross-Defendant Entertainment Programs, Inc.

LYNDA J. ZADRA-SYMES (SBN 156511)
LAUREN KELLER KATZENELLENBOGEN (SBN 223370)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502
lauren.katzenellenbogen@kmob.com

Attorneys for Defendant and Cross-Claimant C.D. Video Manufacturing, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIGITAL SOFTWARE SERVICES, INC.,

Plaintiff,

v.

ENTERTAINMENT PROGRAMS, INC., a California corporation; JOSEPH A. PERSHES, individually and as owner of ENTERTAINMENT PROGRAMS, INC.; KOCH ENTERTAINMENT DISTRIBUTION; LLC, a Delaware limited liability company; INGRAM ENTERTAINMENT, INC., a Tennessee corporation; CD VIDEO MANUFACTURING, INC., a California corporation; and L&M OPTICAL DISC WEST, LLC, a California limited liability company,

Defendants.

Case No. 2:09-cv-02763-MCE-DAD

The Honorable Morrison C. England, Jr.

**STIPULATION TO EXTEND DEFENDANT ENTERTAINMENT PROGRAMS' TIME TO RESPOND TO DEFENDANT C.D. VIDEO MANUFACTURING, INC.'S CROSS-CLAIM; ORDER**

Complaint filed: October 5, 2009

09cv2763.o.1223.wpd

1

STIPULATION TO EXTEND DEFENDANT ENTERTAINMENT PROGRAMS' TIME TO RESPOND TO DEFENDANT C.D. VIDEO MANUFACTURING, INC.'S CROSS-CLAIM

Defendant and Cross-Defendant Entertainment Programs, Inc. ("EPI") and Defendant and Cross-Claimant C.D. Video Manufacturing, Inc. ("C.D. Video"), stipulate as follows:

Whereas, Plaintiff filed its Complaint on October 5, 2009;

Whereas, on December 4, 2009, EPI filed a petition to compel arbitration and motion to stay the proceedings pending arbitration;

Whereas, on December 4, 2009, C.D. Video filed an answer to the Complaint that included a cross-claim against EPI;

Whereas, the pending petition to compel arbitration and motion to stay the proceedings may result in a stay of the proceedings and potentially, a dismissal of Plaintiff's claims which would directly bear upon EPI's response, including if one is necessary, to C.D. Video's cross-claim and;

Whereas, the parties have agreed to extend EPI's time to respond to C.D. Video's cross-claim until ten days after this Court issues a ruling on the pending petition to compel arbitration and motion to stay the proceedings.

Now, therefore, the parties enter into the following stipulation:

**STIPULATION**

The parties, by and through their respective attorneys, stipulate and agree as follows:

Defendant and Cross-Defendant Entertainment Programs, Inc.'s time to respond to Defendant and Cross-Claimant C.D. Video Manufacturing, Inc.'s cross-claim is extended until ten days after this Court issues a ruling on the pending petition to compel arbitration and motion to stay the proceedings.

Dated: December 21, 2009                MENNEMEIER, GLASSMAN & STROUD LLP

                                        /s/ Andrew W. Stroud
                                        Andrew W. Stroud, Attorneys for Entertainment
                                        Programs, Inc.

Dated: December 21, 2009

KNOBBE, MARTENS, OLSON & BEAR, LLP

/s/ Lauren Keller Katzenellenbogen
Lauren Keller Katzenellenbogen, Attorneys for C.D. Video Manufacturing, Inc.

IT IS SO ORDERED.

Dated: December 23, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

09cv2763.o.1223.wpd

3

STIPULATION TO EXTEND DEFENDANT ENTERTAINMENT PROGRAMS' TIME TO RESPOND TO DEFENDANT C.D. VIDEO MANUFACTURING, INC.'S CROSS-CLAIM