Dale C. Campbell, State Bar No. 99173
Scott Hervey, State Bar No. 180188
W. Scott Cameron, State Bar No. 229828
Zach Wadlé, State Bar No. 231404
**WEINTRAUB GENSHLEA CHEDIAK**
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiff
Digital Software Services, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL SOFTWARE SERVICES, INC., a California corporation, <br><br>Plaintiff, <br><br>vs. <br><br>ENTERTAINMENT PROGRAMS, INC., a California corporation; JOSEPH A. PERSHES, individually and as an officer and owner of ENTERTAINMENT PROGRAMS, INC.; KOCH ENTERTAINMENT DISTRIBUTION, LLC, a Delaware limited liability company; INGRAM ENTERTAINMENT, INC., a Tennessee corporation; CD VIDEO MANUFACTURING, INC., a California corporation; and L&M OPTICAL DISC WEST, LLC, a California limited liability company, <br><br>Defendants. | Case No. 2:09-cv-02763-MCE-DAD <br><br>SECOND SUPPLEMENT TO COMPLAINT FOR: <br><br>1. COPYRIGHT INFRINGEMENT [17 U.S.C. § 501]; <br>2. TRAFFICKING IN COUNTERFEIT LABELS [18 U.S.C. § 2318]; <br>3. TRADEMARK INFRINGEMENT [15 U.S.C. § 1125(a)]; <br>4. CIVIL RICO [18 U.S.C. § 1962(c)]; and <br>5. CONSPIRACY TO VIOLATE RICO [18 U.S.C. § 1962(d)] |

On October 8, 2009, Plaintiff Digital Software Services, Inc. filed a supplement to its original complaint which included copyright certificates and pending copyright applications for the various copyrights referred to in the complaint. See Document No. 9. Attached as Exhibit B to the October 8, 2009 Supplement were U.S. Copyright Office Receipts for copyright

1  applications that were then pending before the United States Copyright Office. Formal
2  copyright certificates for the applications have since been issued by the U.S. Copyright Office.
3  Attached hereto as Exhibit A are copies of the copyright certificates issued by the United States
4  Copyright Office on the applications.

6  Dated: January 8, 2010                    Respectfully submitted,

7                                            WEINTRAUB GENSHLEA CHEDIAK
                                             Law Corporation
8

10                                           By:    /s/ Zach Wadlé
                                                    Zach Wadlé
11                                                  State Bar No. 231404

12                                           Attorneys for Plaintiff
                                             Digital Software Services, Inc.

EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-647-303**

Effective date of registration:

September 8, 2009

---

## Title
**Title of Work:** Grumman Avenger - Roaring Glory Volume # 4
**Previous or Alternative Title:** Roaring Glory Warbirds

## Completion/ Publication
**Year of Completion:** 1998
**Date of 1st Publication:** February 1, 1998    **Nation of 1st Publication:** United States

## Author
- **Author:** Program Power Entertainment, Inc.
  **Author Created:** entire motion picture, Entire work, excluding music and public domain film clips
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** Digital Software Services, Inc.
2990 Hwy 32, Unit 400, Chico, CA, 95973, United States
**Transfer Statement:** Assignment

## Limitation of copyright claim
**Material excluded from this claim:** preexisting footage, preexisting music, Some public domain WWII footage incorporated within. Music is under another copyright.

**New material included in claim:** All additional film and video footage. Entire work excluding music and public domain footage. Label artwork and text, package artwork and text.

## Certification
**Name:** Kevin Lucero
**Date:** August 21, 2009

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-647-290**

Effective date of registration:

September 8, 2009

## Title

**Title of Work:** Vought Corsair - Roaring Glory Volume # 3

**Previous or Alternative Title:** Roaring Glory Warbirds

## Completion/ Publication

**Year of Completion:** 1997

**Date of 1st Publication:** November 1, 1997      **Nation of 1st Publication:** United States

## Author

- **Author:** Program Power Entertainment, Inc

  **Author Created:** entire motion picture, Entire work, excluding music and public domain film clips

  **Work made for hire:** Yes

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Digital Software Services, Inc.

2990 Hwy 32, unit 400, Chico, CA, 95973, United States

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** preexisting footage, preexisting music, Some public domain WWII footage incorporated within. Music is under another copyright.

**New material included in claim:** All additional film and video footage. Entire work excluding music and public domain footage. Label artwork and text, package artwork and text.

## Certification

**Name:** Kevin Lucero

**Date:** August 21, 2009

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-647-305**

Effective date of registration:

September 8, 2009

## Title
**Title of Work:** Grumman Hellcat- Roaring Glory Volume #1
**Previous or Alternative Title:** Roaring Glory Warbirds

## Completion/ Publication
**Year of Completion:** 1998
**Date of 1st Publication:** February 1, 1998  **Nation of 1st Publication:** United States

## Author
- **Author:** Program Power Entertainment, Inc.
  **Author Created:** entire motion picture, Entire work, excluding music and public domain film clips
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** Digital Software Services, Inc.
2990 Hwy 32, Unit 400, Chico, CA, 95973, United States
**Transfer Statement:** Assignment

## Limitation of copyright claim
**Material excluded from this claim:** preexisting footage, preexisting music. Some public domain WWII film footage incorporated within. Music is under another copyright

**New material included in claim:** All additional film and video footage. Entire work excluding music and public domain footage. Lable artwork and text, package and artwork and text.

## Certification

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-647-287**

Effective date of registration:

September 8, 2009

---

## Title

**Title of Work:** Lockheed Lightning - Roaring Glory Volume # 6
**Previous or Alternative Title:** Roaring Glory Warbirds

## Completion/ Publication

**Year of Completion:** 1998
**Date of 1st Publication:** February 1, 1998    **Nation of 1st Publication:** United States

## Author

- **Author:** Program Power Entertainment, Inc
  **Author Created:** entire motion picture, Entire work, excluding music and public domain film clips

  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Digital Software Services, Inc.
2990 Hwy 32, unit 400, Chico, CA, 95973, United States
**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** preexisting footage, preexisting music, Some public domain WWII footage incorporated within. Music is under another copyright.

**New material included in claim:** All additional film and video footage. Entire work excluding music and public domain footage. Label artwork and text, package artwork and text.

## Certification

**Name:** Kevin Lucero
**Date:** August 21, 2009

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-647-288**

Effective date of registration:

September 8, 2009

---

## Title

**Title of Work:** Republic Thunderbolt - Roaring Glory Volume # 5

**Previous or Alternative Title:** Roaring Glory Warbirds

## Completion/ Publication

**Year of Completion:** 1998

**Date of 1st Publication:** February 15, 1998   **Nation of 1st Publication:** United States

## Author

- **Author:** Program Power Entertainment, Inc

   **Author Created:** entire motion picture, Entire work, excluding music and public domain film clips

   **Work made for hire:** Yes

   **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Digital Software Services, Inc.

2990 Hwy 32, Unit 400, Chico, CA, 95973, United States

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** preexisting footage, preexisting music, Some public domain WWII footage incorporated within. Music is under another copyright.

**New material included in claim:** All additional film and video footage. Entire work excluding music and public domain footage. Label artwork and text, package artwork and text.

## Certification

**Name:** Kevin Lucero

**Date:** August 21, 2009

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-647-302**

Effective date of registration:

September 8, 2009

---

## Title
- **Title of Work:** Mitsubishi Zero - Roaring Glory Volume # 2
- **Previous or Alternative Title:** Roaring Glory Warbirds

## Completion/ Publication
- **Year of Completion:** 1998
- **Date of 1st Publication:** February 1, 1998   **Nation of 1st Publication:** United States

## Author
- **Author:** Program Power Entertainment, Inc
- **Author Created:** entire motion picture, Entire work, excluding music and public domain film clips
- **Work made for hire:** Yes
- **Citizen of:** United States

## Copyright claimant
- **Copyright Claimant:** Digital Software Services, Inc.
  2990 Hwy 32, Unit 400, Chico, CA, 95973, United States
- **Transfer Statement:** Assignment

## Limitation of copyright claim
- **Material excluded from this claim:** preexisting footage, preexisting music, some public domain WWII footage incorporated within. Music is under another copyright.
- **New material included in claim:** All additional film and video footage. Entire work excluding music and public domain footage. Label artwork and text, package artwork and text.

## Certification
- **Name:** Kevin Lucero
- **Date:** August 21, 2009