IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIGITAL SOFTWARE SERVICES, INC.,

      Plaintiff,                              No. CIV S-09-2763 KJM-DAD

   vs.

ENTERTAINMENT PROGRAMS, INC., a California corporation; et al.,

      Defendants.                        ORDER

/

        On May 12, 2011, the court issued a minute order ordering the parties to the above-captioned action to file a joint status report. (ECF 72.) Parties did so on June 17, 2011, on which date the court issued a minute order setting a status conference for July 6, 2011. (ECF 74.) The parties subsequently filed a stipulation to continue the status conference and permit telephonic appearances for counsel. (ECF 75.) Having considered the joint status report, and reviewed the docket, the court hereby ORDERS the following:

    1.    The July 6, 2011 status conference is VACATED;

    2.    Counsel are ORDERED to file an updated joint status report by July 20, 2011, which shall include the arbitration schedule and the date by which arbitration is expected to be completed;

/////

1

3. Counsel are ORDERED to file updated joint status reports every sixty (60) days thereafter regarding the status of the arbitration;

4. Counsel shall notify the court immediately once the arbitration is completed; and

5. The stipulation for continuing status conference and permitting telephonic appearances (ECF 75) is DENIED as moot.

IT IS SO ORDERED.

DATED: June 30, 2011.

_____
UNITED STATES DISTRICT JUDGE